IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN VEGA, ET AL.                     :
                                          :
                    Plaintiffs            :   CIVIL ACTION
                                          :
       vs.                                :
                                          :   NO.  08-CV-05932
COLUMBIA BOROUGH, ET AL.                  :
                                          :
                    Defendants            :

**ORDER**

AND NOW, this <u>14th</u> day of July, 2009, upon consideration of the Defendants' Motion to

Dismiss, (Doc. No. 10), and the parties' moving papers, the Motion is GRANTED IN PART and

DENIED IN PART.  It is hereby ORDERED[1] that:

1.     Columbia Borough Police Department is DISMISSED as a party to this civil

       Action, by stipulation of the parties;

2.     Counts two and three are limited to alleged violations of the Fourth Amendment,

       actionable here through 42 U.S.C. § 1983, by stipulation of the parties;

3.     Count Four is DISMISSED, by stipulation of the parties;

4.     Count Six is DISMISSED, by order of the Court; and

---

[1]  Because the Court is rendering a decision on a motion to dismiss, the Court is granting
the Plaintiff leave to file an amended complaint within 20 days of the instant Order.  If Plaintiff
does not wish to amend his Complaint, the Court requests that the Plaintiff give notice of his
intent to stand on his Complaint in light of the instant Order, in which case the Defendants are
expected to respond accordingly.  See <u>Alston v. Parker</u>, 363 F.3d 229, 236 (3d Cir. 2004).

5.      All other claims against the remaining Defendants survive the instant Motion to

Dismiss, including the claims asserted against Columbia Borough in counts two

and three.


BY THE COURT:


/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.