IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN VEGA, B.V., a minor, by and through his parent, Franklin Vega, Plaintiffs, v. COLUMBIA BOROUGH, Defendants. | ) ) ) ) ) ) ) ) | Case No. 5:08-cv-05932 JURY TRIAL DEMANDED |

### AMENDED ORDER

AND NOW, this 6th day of July, 2010, it is hereby ORDERED in the above captioned matter, upon consideration of the facts presented in Plaintiffs' Petition and the facts testified to at a hearing upon the matter that immediate payment of the total sum of ten thousand dollars ($10,000), with full contribution by Columbia Borough, shall be made as follows:

(1) To:   B.V. per paragraph 16 above         $7,500.00    Balance
(2) To:   Clymer, Musser, Brown & Conrad, P.C  $2,500.00    Counsel Fees

It is further ORDERED that $7,500 is to be deposited in a savings account in the name of B.V., a minor, in a bank, building and loan association or savings and loan association insured by a federal agency, the account and deposit book to be marked, "Not subject to any withdrawal until said B.V., born XXX XX, 2005, becomes of age or until further order of the United States District Court for the Eastern District of Pennsylvania," provided, however, that the depository is authorized to release, upon written request of both parents or other persons maintaining the minor, sufficient funds to pay any income tax liability of the minor including reasonable costs of preparation of returns. It is further ORDERED that both Franklin Vega and Sandy Vega will be listed as co-guardians on the account. Upon the minor attaining majority, the said funds may be withdrawn upon the order of the late minor without further order of the court.

_____
                        J.